CP:SHB
F. #2005R00784

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★SEP 15 2005 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

| | |
|---|---|
| UNITED STATES OF AMERICA | UNSEALING ORDER |
| - against - | CR-05-406 (ERK) |
| JESUS POZO DAVIS,<br>    also known as "Jesse Davis"<br>    and "Jesus Daves," and<br>ANGEL VERTIZ,<br>    also known as "Anjel Vertiz,"<br>                     Defendants. | |

- - - - - - - - - - - - - - - - -x

Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Steven H. Breslow, it is hereby

ORDERED that the above-captioned case be unsealed.

Dated:    Brooklyn, New York
            September 12, 2005

                                                s/Edward R. Korman
                                                UNITED STATES DISTRICT JUDGE
                                                EASTERN DISTRICT OF NEW YORK